UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY R. LeBLANC,

        Plaintiff,                  Case No. 1:15-cv-643

v.                                    Honorable Paul L. Maloney

KEVIN R. BELK,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  September 18, 2015          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge